1 THOMAS P. O'BRIEN
  United States Attorney
2 CHRISTINE C. EWELL
  United States Attorney
3 Chief, Criminal Division
  MARK C. KRAUSE (SBN 198142)
4 Assistant United States Attorney
  Cyber and Intellectual Property Crimes Section
5      1200 United States Courthouse
       312 North Spring Street
6      Los Angeles, California 90012
       Telephone:  (213) 894-3493
7      Fax: (213) 894-3493
       email: mark.krause@usdoj.gov
8
  Attorneys for Plaintiff
9 UNITED STATES OF AMERICA

10                UNITED STATES DISTRICT COURT

11             FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,   ) NO. CR 08-372-DSF
                               )
13           Plaintiff,        )
                               ) FINDINGS AND ORDER
14        v.                   )
                               )
15 JAMIE REYES,                )
                               )
16           Defendant.        )
                               )
17 _____)

18      FOR GOOD CAUSE SHOWN, IT IS HEREBY FOUND AND ORDERED:

19      1.   Defendant first appeared before a judicial officer in
20 the court in which this charge is pending on February 28, 2008.
21 The Indictment in this case was filed on March 27, 2008.  The
22 Speedy Trial Act of 1974, 18 U.S.C. § 3161 et seq., originally
23 required that the trial commence on or before June 5, 2008.
24      2.   On March 24, 2008, defendant was arraigned on the

Indictment and the Court set a trial date of May 20, 2008.

3.  The parties estimate that the trial in this matter will last approximately five days.

4.  The Court hereby continues the trial date to August 12, 2008 at 8:00 a.m., for the following reasons:

a)  This case involves voluminous discovery including numerous tape recordings, video recordings and transcripts. Specifically, on March 18, 2008, the government provided defense counsel with 12 audio and video CDs. On April 2, 2008, the government produced written discovery. On April 16, 2008, the government produced an additional CD. The government expects to produce additional discovery when it becomes available.

b)  Defendant's counsel is presently scheduled to proceed to trial in Superior Court on April 28, 2008. The trial is expected to last at least two weeks. As a result, defense counsel does not believe he will have the time that he believes is necessary to prepare to try this case on the current trial date in light of his other trial commitments.

c)  Defendant's counsel has recently been sick, which has reduced the amount of time he has had available to meet with defendant and prepare the case for trial. As a result, he does not believe he will have the time that he believes is necessary to prepare to try this case on the current trial date.

d)  Defendant's counsel desires additional time to review the discovery and prepare this case for trial and believes that a failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does

1 not object to the continuance.

2     e)   Defendant believes that a failure to grant the above-
3 requested continuance would deny him continuity of counsel. The
4 government does not object to the continuance.

5     f)   Defense counsel has spoken with defendant and
6 represents that defendant has no objection to the proposed trial
7 date, concurs in the requested continuance of the upcoming trial
8 and waives time under the Speedy Trial Act.

9     g)   Based on the above-stated findings, the ends of justice
10 served by continuing the case as requested outweigh the interest
11 of the public and the defendant in a trial within the original
12 date prescribed by the Speedy Trial Act.

13     h)   For the purpose of computing time under the Speedy
14 Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must
15 commence:

16        i.   The time period of May 20, 2008, to August 12,
17 2008, is deemed excludable pursuant to 18 U.S.C.
18 § 3161(h)(8)(A) because it results from a continuance granted by
19 the judge at the defendant's request without government objection
20 on the basis of the judge's finding that the ends of justice
21 served by taking such action outweigh the best interest of the
22 public and the defendant in a speedy trial.

23     5.   Nothing in this order shall preclude a finding that
24 other provisions of the Speedy Trial Act dictate that additional

1 | time periods are excludable from the period within which trial
2 | must commence.
3 |     IT IS FURTHER ORDERED THAT Jamie Reyes shall appear in
4 | Courtroom 840 of the Roybal Federal Building and United States
5 | Courthouse, 255 East Temple Street, Los Angeles, California on
6 | August 12, 2008, at 8:00 a.m. for a jury trial.

DATE: 5/19/08          _____
                      HONORABLE DALE S. FISCHER
                      UNITED STATES DISTRICT JUDGE